| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **Nosrat LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3024611** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **45 North Station Plaza, Ste. 315** **Great Neck, NY 11021** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Nassau** | Location of principal assets, if different from principal place of business |
| County | **343-349 Nostrand Ave Brooklyn, NY 11216** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

| Debtor | **Nosrat LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5313_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Nosrat LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

| Debtor | **Nosrat LLC** | | Case number (*if known*) | |
| | Name | | | |

☐ $50,001 - $100,000      ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Nosrat LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2023**
　　　　　　　　　MM / DD / YYYY

**X** **/s/ Enrique Ventura**　　　　　　　　　　**Enrique Ventura**
Signature of authorized representative of debtor　　Printed name

Title    **Controller**

**18. Signature of attorney**

**X** **/s/ Mark Frankel**　　　　　　　　　Date **March  7, 2023**
Signature of attorney for debtor　　　　　　　　MM / DD / YYYY

**Mark Frankel**
Printed name

**Backenroth Frankel & Krinsky, LLP**
Firm name

**800 Third Avenue**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 593-1100**　　Email address    **mfrankel@bfklaw.com**

**8417 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Nosrat LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 7, 2023**      *X* **/s/ Enrique Ventura**
                                        Signature of individual signing on behalf of debtor

                                        **Enrique Ventura**
                                        Printed name

                                        **Controller**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Nosrat LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Harris Home Repair Service Corp.** 3-14 127th St. College Point, NY 11356 | | **Services** | | | | **$500,000.00** |
| **PPK Concept LLC** 8401 Boul Ray Lawson Anjou, QC Canada H1j1k6 | | **Materials** | | | | **$350,000.00** |
| **Small Business Administration Office of Disaster Assistance** 14925 Kingsport Rd Fort Worth, TX 76155 | | **Disaster Assistance** | **Unliquidated** | | | **$154,269.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name    **Nosrat LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **25,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $    **2,000.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $    **25,002,000.00**

---

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **19,869,696.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **1,054,269.00**

4.    Total liabilities ............................................................................................................
    Lines 2 + 3a + 3b      $    **20,923,965.00**

## United States Bankruptcy Court
### Eastern District of New York

In re    **Nosrat LLC** _____    Case No. _____

                                                Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **March  7, 2023** _____       **/s/ Enrique Ventura** _____

                                                   **Enrique Ventura**/**Controller**
                                                   Signer/Title

Date:    **March  7, 2023** _____       **/s/ Mark Frankel** _____

                                                   Signature of Attorney
                                                   **Mark Frankel**
                                                   **Backenroth Frankel & Krinsky, LLP**
                                                   **800 Third Avenue**
                                                   **New York, NY 10022**
                                                   **(212) 593-1100   Fax: (212) 644-0544**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

```
United States Attorney
Eastern District of New York
147 Pierrepont Plaza
Brooklyn, NY 11201


State of New York
Attorney General's Office
120 Broadway
New York, NY 10271


NYS Dept of Tax & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205


United States of America
c/o U.S. Attorney
86 Chambers Street
New York, NY 10007


Internal Revenue Service
c/o US Attorney Claims Unit
One Saint Andrews Plaza Rm 417
New York, NY 10007


Nosrat LLC
45 North Station Plaza, Ste. 315
Great Neck, NY 11021


2 Baci Pizzeria
345A NOSTRAND Ave
Brooklyn, NY 11216


Aakash Shah
345A Nostrand Ave
2F
Brooklyn, NY 11216
```

ABCNY Inc.
45 N. Station Plaza Ste. 315
Great Neck, NY 11021


Abdo Alsamid
345A Nostrand Ave
4F
Brooklyn, NY 11216


Aeriale Johnson
349 Nostrand Ave
3R
Brooklyn, NY 11216


Alanna Sucher
415 Gates Ave
2F
Brooklyn, NY 11216


Alex Otilio
417 Gates Ave
1F
Brooklyn, NY 11216


Alexander Wunrow
343 Nostrand Ave
3F
Brooklyn, NY 11216


ALL SEASONS EXIT REALTY
345 Nostrand Ave
Storefront
Brooklyn, NY 11216


Ana Mercedes De Pena
349 Nostrand Ave
4F
Brooklyn, NY 11216

Anthony Miranda, Sheriff
Attn: Sheriff Lisi
Municipal Bldg
 210 Joralemon St,
Brooklyn, NY 11201


Brendan        Cunningham
347 Nostrand Ave
4R
Brooklyn, NY 11216


Brian Sulliva
417 Gates Ave
1F
Brooklyn, NY 11216


Brittaney       Acevedo
347 Nostrand Ave
2F
Brooklyn, NY 11216


Chinner Binning
349 Nostrand Ave
3F
Brooklyn, NY 11216


City of New York
NYC Law Department
100 Church St
New York, NY 10007


DARRISE         HENDERSON
417 Gates Ave
3R
Brooklyn, NY 11216


DEBORAH FABER
343 Nostrand Ave
2F
Brooklyn, NY 11216

ELIZABETH WOLKOMIR
345 Nostrand Ave
4R
Brooklyn, NY 11216


First National Bank of Long Island
536 Northern Blvd
Great Neck, NY 11021


FRIENDLY CONNECTIONS
343 Nostrand Ave
Storefront
Brooklyn, NY 11216


GERTRUDE QUACOE
419 Gates Ave
4F
Brooklyn, NY 11216


GIUSEPPE LUBRANO
345A NOSTRAND AVE
Storefront
Brooklyn, NY 11216


Harris Home Repair Service Corp.
3-14 127th St.
College Point, NY 11356


HAZEM ABDO ALQOTAINI
343 NOSTRAND AVE
4F
Brooklyn, NY 11216


Hooman Bagherzadi
349 Nostrand Ave
4R
Brooklyn, NY 11216

IFEOMA IKE
415 Gates Ave
1R
Brooklyn, NY 11216


Jeffrey Karas
349 Nostrand Ave
2R
Brooklyn, NY 11216


Jenebu Jalloh
347 Nostrand Ave
3F
Brooklyn, NY 11216


Julian I. Martinez
345A Nostrand Ave
Storefront
Brooklyn, NY 11216


KALEAF JONES
419 Gates Ave
2F
Brooklyn, NY 11216


KASHANI STOKLEY
347 Nostrand Ave
Storefront
Brooklyn, NY 11216


Katherine Hicks
419 Gates Ave
3R
Brooklyn, NY 11216


KIMBERLY ADAMS
347 Nostrand Ave
2R
Brooklyn, NY 11216

LEILI HUZAIBAH
417 Gates Ave
1R
Brooklyn, NY 11216


lkamane        Mungen
345A Nostrand Ave
2F
Brooklyn, NY 11216


Logan House
345A Nostrand Ave
4R
Brooklyn, NY 11216


Lucas Feigenbaum
345A Nostrand Ave
3R
Brooklyn, NY 11216


Lucy Rainboth
345 Nostrand Ave
3F
Brooklyn, NY 11216


Malcolm Canterbury
349 Nostrand Ave
3F
Brooklyn, NY 11216


Mamacita Comida LLC
345A NOSTRAND AVE
Storefront
Brooklyn, NY 11216


Margaret Harris
345 Nostrand Ave
2F
Brooklyn, NY 11216

MARIE SCOTT
347 NOSTRAND AVE
4R
Brooklyn, NY 11216


MATHEW BRIGIDI
343 Nostrand Ave
4R
Brooklyn, NY 11216


Matthew        Doughtery
347 Nostrand Ave
4F


Matthew        Roosa
349 Nostrand Ave
4R
Brooklyn, NY 11216


MELCHOR HERRRERA
419 Gates Ave
1R
Brooklyn, NY 11216


MICHAEL SECOR
343 Nostrand Ave
2R
Brooklyn, NY 11216


Moris Yeroshalmi
45 North Station Plaza, Suite 315
Great Neck, NY 11021


Naomi Hertz
417 Gates Ave
4R
Brooklyn, NY 11216

Nataki Caver
c/o Harris Keenan & Goldfarb
Attn: Mariel Crippen
233 Broadway, 9th Floor
New York, NY 10279


New York City Dept Financ
PO Box 2057
Peck Slip Station
New York, NY 10272


New York City Water Board
PO Box 3070
New York, NY 10008


Nicholas Bafia
415 Gates Ave
4R
Brooklyn, NY 11216


Nikita Shah
415 Gates Ave
2F
Brooklyn, NY 11216


NOSTRAND 99 CENT PLUS
349 Nostrand Ave
Storefront
Brooklyn, NY 11216


NOSTRAND GOURMET DEL    I
349 Nostrand Ave
Brooklyn, NY 11216


OHAMED SALEH
415 Gates Ave
4F
Brooklyn, NY 11216

PPK Concept LLC
8401 Boul Ray Lawson
Anjou, QC Canada H1j1k6


Rezi
415 Gates Ave
1F
Brooklyn, NY 11216


Rezi
417 Gates Ave
3F
Brooklyn, NY 11216


Sarah Smith
345 Nostrand Ave
3R
Brooklyn, NY 11216


Sean M. Solley
345A Nostrand Ave
2R
Brooklyn, NY 11216


Shauntae Jones
415 Gates Ave
3F
Brooklyn, NY 11216


Small Business Administration
Office of Disaster Assistance
14925 Kingsport Rd
Fort Worth, TX 76155


Sohini Desai
419 Gates Ave
1F
Brooklyn, NY 11216

Sunghee        Bang
419 Gates Ave
2R
Brooklyn, NY 11216


WIDMARK DIMAGIBA
345A Nostrand Ave
3F
Brooklyn, NY 11216


Will Ong
419 Gates Ave
4R
Brooklyn, NY 11216


William Neslson
343 Nostrand Ave
3R
Brooklyn, NY 11216

# United States Bankruptcy Court
### Eastern District of New York

In re   **Nosrat LLC**                          Case No. _____

                                         Debtor(s)         Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Nosrat LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March  7, 2023__                          **/s/ Mark Frankel**

Date                                      **Mark Frankel**

                                         Signature of Attorney or Litigant

                                         Counsel for    **Nosrat LLC**

                                         **Backenroth Frankel & Krinsky, LLP**

                                         **800 Third Avenue**
                                         **New York, NY 10022**
                                         **(212) 593-1100 Fax:(212) 644-0544**
                                         **mfrankel@bfklaw.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Nosrat LLC _____     **CASE NO.:** _____

     Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                           (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                           (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

**/s/ Mark Frankel**
_____
**Mark Frankel**
Signature of Debtor's Attorney
**Backenroth Frankel & Krinsky, LLP**
**800 Third Avenue**
**New York, NY 10022**
**(212) 593-1100 Fax:(212) 644-0544**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise
result.

## United States Bankruptcy Court
### Eastern District of New York

In re __Nosrat LLC__ _____    Case No. _____
                                    Debtor(s)      Chapter __11_____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Enrique Ventura**, declare under penalty of perjury that I am the **Controller** of  **Nosrat LLC**, and that the following is a true and correct copy of the resolution at a special meeting duly called and held on the **6th** day of __March__, 2023 .

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Enrique Ventura, Controller**, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case; and

Be It Further Resolved, that **Enrique Ventura, Controller**, is authorized and directed to appear in all bankruptcy proceedings, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Enrique Ventura, Controller,** is authorized and directed to employ the law firm of **Backenroth Frankel & Krinsky, LLP** to represent the LLC in such bankruptcy case."

Date __March  6, 2023__ _____    Signed __/s/ Enrique Ventura__ _____
                                                      **Enrique Ventura**

Resolution of **Nosrat LLC**

Whereas, it is in the best interest of this LLC to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Enrique Ventura, Controller** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case; and

Be It Further Resolved, that **Enrique Ventura, Controller,** is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Enrique Ventura, Controller,** is authorized and directed to employ the law firm of **Backenroth Frankel & Krinsky, LLP** to represent the LLC in such bankruptcy case.