**Fill in this information to identify the case:**

Debtor name  **Nosrat LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  **8-23-70776**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **First National Bank of Long Island** | **Checking** | | **$2,000.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**      **$2,000.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor   **Nosrat LLC**
_____   Case number *(If known)*   **8-23-70776**
    Name

---

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

---

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

---

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** <br> Business related electronic equipment | $0.00 | Owner Estaimate | Unknown |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑ No
   ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

---

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ☑ Yes Fill in the information below.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Nosrat LLC** | Case number *(If known)* | **8-23-70776** |
|---|---|---|---|
| | Name | | |

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **343-349 Nostrand Avenue, Brooklyn, New York**<br>**415-419 Gates Avenue, Brooklyn, New York** | Fee simple | $0.00 | Owner Estimate | $25,000,000.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $25,000,000.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Nosrat LLC**
_____    Case number *(If known)*    **8-23-70776**

Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $25,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,000.00 + 91b. | $25,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $25,002,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **Nosrat LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **8-23-70776**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  First National Bank of Long Island**
Creditor's Name

**536 Northern Blvd
Great Neck, NY 11021**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. New York City Dept Financ
2. New York City Water Board
3. First National Bank of Long Island
4. Nataki Caver**

Describe debtor's property that is subject to a lien
**343-349 Nostrand Avenue, Brooklyn, New York
415-419 Gates Avenue, Brooklyn, New York**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$11,767,545.00**    Value of collateral: **$25,000,000.00**

**2.2  Nataki Caver**
Creditor's Name
**c/o Harris Keenan & Goldfarb
Attn:  Mariel Crippen
233 Broadway, 9th Floor
New York, NY 10279**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**343-349 Nostrand Avenue, Brooklyn, New York
415-419 Gates Avenue, Brooklyn, New York**

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?
☑ No

Amount of claim: **$8,000,000.00**    Value of collateral: **$25,000,000.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Nosrat LLC** | Case number (if known) | **8-23-70776** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.3 | **New York City Dept Financ** | Describe debtor's property that is subject to a lien | **$2,488.00** | **$25,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 2057
Peck Slip Station
New York, NY 10272**
Creditor's mailing address

**343-349 Nostrand Avenue, Brooklyn, New York
415-419 Gates Avenue, Brooklyn, New York**

Describe the lien
**Real Estate Tax Lien**
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**
☒ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **New York City Water Board** | Describe debtor's property that is subject to a lien | **$99,663.00** | **$25,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 3070
New York, NY 10008**
Creditor's mailing address

**343-349 Nostrand Avenue, Brooklyn, New York
415-419 Gates Avenue, Brooklyn, New York**

Describe the lien
**Statutory Lien**
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**
☒ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$19,869,696.00** |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Nosrat LLC** | | Case number (*if known*) | **8-23-70776** |
|--------|------------|--|------------------------|--------------|
| | Name | | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|----------------------------------------------------------|------------------------------------------------|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Nosrat LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td><strong>8-23-70776</strong></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Harris Home Repair Service Corp.**<br>**3-14 127th St.**<br>**College Point, NY 11356**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Services<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$500,000.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Moris Yeroshalmi**<br>**45 North Station Plaza, Suite 315**<br>**Great Neck, NY 11021**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Loan<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50,000.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**PPK Concept LLC**<br>**8401 Boul Ray Lawson**<br>**Anjou, QC Canada H1j1k6**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Materials<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$350,000.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Small Business Administration**<br>**Office of Disaster Assistance**<br>**14925 Kingsport Rd**<br>**Fort Worth, TX 76155**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Disaster Assistance<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$154,269.00** |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    25692                    Best Case Bankruptcy

| Debtor | **Nosrat LLC** | Case number (if known) | **8-23-70776** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.   + | $ 1,054,269.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,054,269.00 |

**Fill in this information to identify the case:**

Debtor name **Nosrat LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **8-23-70776**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining   **08/31/2029** | **2 Baci Pizzeria**<br>**345A NOSTRAND Ave**<br>**Brooklyn, NY 11216** |
| List the contract number of any government contract | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining   **01//27/2024** | **Aakash Shah**<br>**345A Nostrand Ave**<br>**2F**<br>**Brooklyn, NY 11216** |
| List the contract number of any government contract | |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining   **03/31/2023** | **Abdo Alsamid**<br>**345A Nostrand Ave**<br>**4F**<br>**Brooklyn, NY 11216** |
| List the contract number of any government contract | |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining   **8/31/2023** | **Aeriale Johnson**<br>**349 Nostrand Ave**<br>**3R**<br>**Brooklyn, NY 11216** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Nosrat LLC** | | Case number *(if known)* | **8-23-70776** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **7/31/2023** |
| | List the contract number of any government contract | |

**Alanna Sucher**
**415 Gates Ave**
**2F**
**Brooklyn, NY 11216**

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

**Alex Otilio**
**417 Gates Ave**
**1F**
**Brooklyn, NY 11216**

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **7/31/2024** |
| | List the contract number of any government contract | |

**Alexander Wunrow**
**343 Nostrand Ave**
**3F**
**Brooklyn, NY 11216**

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **3/31/2025** |
| | List the contract number of any government contract | |

**ALL SEASONS EXIT REALTY**
**345 Nostrand Ave**
**Storefront**
**Brooklyn, NY 11216**

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **3/31/2025** |
| | List the contract number of any government contract | |

**Ana Mercedes De Pena**
**349 Nostrand Ave**
**4F**
**Brooklyn, NY 11216**

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **03/31/2023** |
| | List the contract number of any | |

**Brendan  Cunningham**
**347 Nostrand Ave**
**4R**
**Brooklyn, NY 11216**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Nosrat LLC** | | Case number *(if known)* | **8-23-70776** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |
| **2.11.** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | 12/31/2023 | **Brian Sulliva**<br>**417 Gates Ave**<br>**1F**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | | |
| **2.12.** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | 11/11/2023 | **Brittaney  Acevedo**<br>**347 Nostrand Ave**<br>**2F**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | | |
| **2.13.** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | 9/30/2023 | **Chinner Binning**<br>**349 Nostrand Ave**<br>**3F**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | | |
| **2.14.** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **DARRISE  HENDERSON**<br>**417 Gates Ave**<br>**3R**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | | |
| **2.15.** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | 9/30/2023 | **DEBORAH FABER**<br>**343 Nostrand Ave**<br>**2F**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | | |
| **2.16.** | State what the contract or lease is for and the nature of the debtor's interest | | **ELIZABETH WOLKOMIR**<br>**345 Nostrand Ave**<br>**4R**<br>**Brooklyn, NY 11216** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Nosrat LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **8-23-70776**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | 3/31/2024 | |
| List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | 9/30/2026 |
| | List the contract number of any government contract | |

**FRIENDLY CONNECTIONS**
343 Nostrand Ave
Storefront
Brooklyn, NY 11216

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | 3/31/2024 |
| | List the contract number of any government contract | |

**GERTRUDE QUACOE**
419 Gates Ave
4F
Brooklyn, NY 11216

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | 12/31/2024 |
| | List the contract number of any government contract | |

**GIUSEPPE LUBRANO**
345A NOSTRAND AVE
Storefront
Brooklyn, NY 11216

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

**HAZEM ABDO ALQOTAINI**
343 NOSTRAND AVE
4F
Brooklyn, NY 11216

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | 8/01/2023 |
| | List the contract number of any government contract | |

**Hooman Bagherzadi**
349 Nostrand Ave
4R
Brooklyn, NY 11216

| Debtor 1 | **Nosrat LLC** | | Case number *(if known)* | **8-23-70776** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining  **01/31/2024**<br><br>List the contract number of any government contract | **IFEOMA IKE**<br>**415 Gates Ave**<br>**1R**<br>**Brooklyn, NY 11216** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining  **6/30/2023**<br><br>List the contract number of any government contract | **Jeffrey Karas**<br>**349 Nostrand Ave**<br>**2R**<br>**Brooklyn, NY 11216** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining  **7/18/2023**<br><br>List the contract number of any government contract | **Jenebu Jalloh**<br>**347 Nostrand Ave**<br>**3F**<br>**Brooklyn, NY 11216** |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining  **12/31/2029**<br><br>List the contract number of any government contract | **Julian I. Martinez**<br>**345A Nostrand Ave**<br>**Storefront**<br>**Brooklyn, NY 11216** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining  **6/30/2023**<br><br>List the contract number of any government contract | **KALEAF JONES**<br>**419 Gates Ave**<br>**2F**<br>**Brooklyn, NY 11216** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining  **7/31/2024**<br><br>List the contract number of any | **KASHANI STOKLEY**<br>**347 Nostrand Ave**<br>**Storefront**<br>**Brooklyn, NY 11216** |

| Debtor 1 | **Nosrat LLC** | | | Case number (*if known*) | **8-23-70776** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 7/31/2023 | **Katherine Hicks**<br>**419 Gates Ave**<br>**3R**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 9/30/2023 | **KIMBERLY ADAMS**<br>**347 Nostrand Ave**<br>**2R**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 3/31/2024 | **LEILI HUZAIBAH**<br>**417 Gates Ave**<br>**1R**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 1/31/2024 | **Ikamane Mungen**<br>**345A Nostrand Ave**<br>**2F**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 8/31/2023 | **Logan House**<br>**345A Nostrand Ave**<br>**4R**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | | | **Lucas Feigenbaum**<br>**345A Nostrand Ave**<br>**3R**<br>**Brooklyn, NY 11216** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Nosrat LLC** | | | Case number *(if known)* | **8-23-70776** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | 5/31/2023 | |
| List the contract number of any government contract | _____ | |

| **2.34.** | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | 7/31/2024 | **Lucy Rainboth**<br>**345 Nostrand Ave**<br>**3F**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | _____ | |

| **2.35.** | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | 10/08/2023 | **Malcolm Canterbury**<br>**349 Nostrand Ave**<br>**3F**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | _____ | |

| **2.36.** | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | 11/9/2025 | **Mamacita Comida LLC**<br>**345A NOSTRAND AVE**<br>**Storefront**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | _____ | |

| **2.37.** | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | 02/29/2024 | **Margaret Harris**<br>**345 Nostrand Ave**<br>**2F**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | _____ | |

| **2.38.** | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | | **MARIE SCOTT**<br>**347 NOSTRAND AVE**<br>**4R**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Nosrat LLC** | | Case number (*if known*) | **8-23-70776** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining    03/31/2023 | **MATHEW BRIGIDI**<br>**343 Nostrand Ave**<br>**4R**<br>**Brooklyn, NY 11216** |
| List the contract number of any government contract | |
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining    04/30/2023 | **Matthew  Doughtery**<br>**347 Nostrand Ave**<br>**4F** |
| List the contract number of any government contract | |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining    9/30/2023 | **Matthew  Roosa**<br>**349 Nostrand Ave**<br>**4R**<br>**Brooklyn, NY 11216** |
| List the contract number of any government contract | |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining    8/31/2024 | **MELCHOR HERRRERA**<br>**419 Gates Ave**<br>**1R**<br>**Brooklyn, NY 11216** |
| List the contract number of any government contract | |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining    5/31/23 | **MICHAEL SECOR**<br>**343 Nostrand Ave**<br>**2R**<br>**Brooklyn, NY 11216** |
| List the contract number of any government contract | |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining    03/31/2023 | **Naomi Hertz**<br>**417 Gates Ave**<br>**4R**<br>**Brooklyn, NY 11216** |
| List the contract number of any | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Nosrat LLC** | | | Case number *(if known)* | **8-23-70776** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 2/28/2024 | **Nicholas Bafia**<br>**415 Gates Ave**<br>**4R**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 8/31/2023 | **Nikita Shah**<br>**415 Gates Ave**<br>**2F**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 3/31/2031 | **NOSTRAND 99 CENT PLUS**<br>**349 Nostrand Ave**<br>**Storefront**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 12/31/2023 | **NOSTRAND GOURMET DEL I**<br>**349 Nostrand Ave**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 3/31/2024 | **OHAMED SALEH**<br>**415 Gates Ave**<br>**4F**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | | **Rezi**<br>**415 Gates Ave**<br>**1F**<br>**Brooklyn, NY 11216** |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Nosrat LLC** | | Case number *(if known)* | **8-23-70776** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **6/30/2023** | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | **8/31/2024** | **Rezi**<br>**417 Gates Ave**<br>**3F**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | _____ | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | **8/31/2023** | **Sarah Smith**<br>**345 Nostrand Ave**<br>**3R**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | _____ | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | **6/30/2023** | **Sean M. Solley**<br>**345A Nostrand Ave**<br>**2R**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | _____ | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | **7/14/2023** | **Shauntae Jones**<br>**415 Gates Ave**<br>**3F**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | _____ | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | **10/15/2023** | **Sohini Desai**<br>**419 Gates Ave**<br>**1F**<br>**Brooklyn, NY 11216** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Nosrat LLC | | | Case number (if known) | 8-23-70776 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.56.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining **10/31/2023**

List the contract number of any government contract

Sunghee Bang
419 Gates Ave
2R
Brooklyn, NY 11216

**2.57.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining **6/30/2023**

List the contract number of any government contract

WIDMARK DIMAGIBA
345A Nostrand Ave
3F
Brooklyn, NY 11216

**2.58.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining **5/31/2023**

List the contract number of any government contract

Will Ong
419 Gates Ave
4R
Brooklyn, NY 11216

**2.59.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining **8/31/2023**

List the contract number of any government contract

William Neslson
343 Nostrand Ave
3R
Brooklyn, NY 11216

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Nosrat LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td><strong>8-23-70776</strong></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **ABCNY Inc.** | **45 N. Station Plaza Ste. 315**<br>**Great Neck, NY 11021** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Nosrat LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **8-23-70776**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other   **Rental Income** | $327,500.00 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **Rental Income** | $1,584,300.00 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   **Rental Income** | $1,477,800.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Nosrat LLC | | Case number *(if known)* | 8-23-70776 |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **First National Bank of Long Island 536 Northern Blvd Great Neck, NY 11021** | 12.12.2022 $54,738 1.2.2023 $54,738 2.10.23 $54,738 | $164,214.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Caver v Debtor et al. 503297/2017** | **slip and fall personal injury** | **Supreme Court State of NY, Kings County 360 Adams Street Brooklyn, NY 11201** | ☐ Pending ■ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

Debtor  **Nosrat LLC** _____ Case number *(if known)*  **8-23-70776**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Charities Listed** | **FRIENDS OF AHAVAT SHALOM  $20,000**<br>**SADDLE ROCK MINYAN $16,806**<br>**HERSEL ZEKARIA $15,064**<br>**CONGREGATION TIFERET ISRAEL $10,932**<br>**AMERICAN FRIENDS OF RAMOT TORAH SCHOOLS $10,666**<br>**Congregation STL $5,360**<br>**OR HASHALOM $5,200**<br>**BEIT MIDRASH OF GREAT NECK $5,200**<br>**Beth Medrash Govoha $4,757**<br>**A.F.O ~RGUN Y.R.A - JACKIER ASHKENAZIE  $2,202**<br>**Yeshivat Kol Yaakov $1,800**<br>**EFRAT $1,500**<br>**HAIM ASSOUS $1,000**<br>**KEREN YOM TOV $1000**<br>**YAD EZRA $1000**<br>**YESHIVAT OHR HAIIM $1000** | | **$103,487.00** |
| **Recipients relationship to debtor** | | | |

---

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Nosrat LLC | | Case number *(if known)* | 8-23-70776 |
|---|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Backenroth Frankel & Krinsky, LLP 800 Third Avenue New York, NY 10022 | Attorney Fees | 3.2.23 | $50,000.00 |
| | Email or website address mfrankel@bfklaw.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor   **Nosrat LLC**                                          Case number *(if known)*   **8-23-70776**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Tenant Security Deposits** | | | **$215,000.00** |

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

| Debtor | **Nosrat LLC** | Case number *(if known)* | **8-23-70776** |
|---|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Enrique Ventura**<br>**c/o Nosrat LLC**<br>**45 North Station Plaza Ste. 315**<br>**Great Neck, NY 11021** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Nosrat LLC | Case number *(if known)* | 8-23-70776 |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Enrique Ventura | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

◾ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

◾ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Soraya Yeroshalmi | c/o Nosrat LLC<br>45 North Station Plaza, Suite 315<br>Great Neck, NY 11021 | Sole Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Enrique Ventura | 45 North Station Plaza, Suite 315<br>Great Neck, NY 11021 | Controller | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

◾ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Moris Yeroshalmi | 45 North Station Plaza, Suite 315<br>Great Neck, NY 11021 | Former member | |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

◾ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

◾ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Nosrat LLC** | Case number *(if known)* | **8-23-70776** |

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 15, 2023**

**/s/ Enrique Ventura**                                                     **Enrique Ventura**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Controller**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re   **Nosrat LLC**                                   Case No.   **8-23-70776**

                                 Debtor(s)                  Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 50,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Fee is a retainer only. The Debtor is responsible for additional fees after retainer has been exhausted.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 15, 2023** | **/s/ Mark Frankel** |
| *Date* | **Mark Frankel** |
| | *Signature of Attorney* |
| | **Backenroth Frankel & Krinsky, LLP** |
| | **800 Third Avenue** |
| | **New York, NY 10022** |
| | **(212) 593-1100   Fax: (212) 644-0544** |
| | **mfrankel@bfklaw.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Eastern District of New York

In re  **Nosrat LLC** _____  Case No.  **8-23-70776**
_____  Debtor(s)  Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Soraya Yeroshalmi**<br>**45 North Station Plaza, Suite 315**<br>**Great Neck, NY 11021** | | | **Sole Memeber** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Controller** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 15, 2023** _____  Signature  **/s/ Enrique Ventura**
_____  **Enrique Ventura**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.