Exhibit "A"

**Cliff Katz**

**From:** Michelle Kuttler <escribe.transcripts@gmail.com>
**Sent:** Thursday, September 05, 2024 10:39 AM
**To:** Cliff Katz
**Subject:** Fwd: New Form Entry from Cliff: Transcript Request: NY Eastern District Bankruptcy

Your request for a transcript of the hearing referenced below has been received.

Please await further information.

Thank you,
Michelle Kuttler
E-Scribe

Begin forwarded message:

**From:** Cliff <messenger@messaging.squareup.com>
**Subject: New Form Entry from Cliff: Transcript Request: NY Eastern District Bankruptcy**
**Date:** September 2, 2024 at 2:47:54 PM CDT
**To:** escribe.transcripts@gmail.com
**Reply-To:** Cliff
<CAESPxikYzFmZDk1NDUtMTk1OC00MGFkLWI0NDMtYWRmNWUwZDFiNGI3GgxtOiExNiE4OTk5OGQ5Nlbmd
lcijqtcJ5KQDhV6dPS8E8Si8tK+OwuXB74uirQZWfeQnZTk=@reply2.squareup.com>

# New Form Entry from Cliff: Transcript
# Request: NY Eastern District Bankruptcy

Transcript Request: NY Eastern District Bankruptcy

First Name
Clifford

Last Name
Katz

Law Firm
Platzer Swergold Goldberg Katz & Jaslow, LLP

Address
475 Park Ave S, New York, NY, USA

Phone Number
(212) 593-3000

Email
ckatz@platzerlaw.com

Courtroom Location
Central Islip

Presiding Judge
Judge Alan S. Trust

Case Name
In Re Nosrat LLC

C

Case Number
23-70776

Is this an Adversary Proceeding?
No

Hearing Date
Wed 2024-07-17

Turnaround Time (business days)
30 days $5.00/page

Delivery Method
PDF by email only

Additional Information, if any
Need it for an appeal

Email

**Reply via Square**

Or reply directly to this email

3

Square
1955 Broadway, Suite 600
Oakland, CA 94612

**Privacy Policy**

**Manage Your Preferences**



Michelle Kuttler
E-Scribe
www.escribetranscripts.com
Email: escribe.transcripts@gmail.com
Office: 800-300-1012
Fax: 844-334-9282
Dictation: 866-286-2505

4

**Cliff Katz**

**From:** Michelle Kuttler <escribe.transcripts@gmail.com>
**Sent:** Thursday, September 05, 2024 10:24 AM
**To:** Cliff Katz
**Subject:** Fwd: New Form Entry from ckatz@platzerlaw.com: Transcript Request: NY Eastern District Bankruptcy

Please see confirmation below.

Begin forwarded message:

**From:** Michelle Kuttler <escribe.transcripts@gmail.com>
**Subject: Re: New Form Entry from ckatz@platzerlaw.com: Transcript Request: NY Eastern District Bankruptcy**
**Date:** September 3, 2024 at 9:21:46 AM CDT
**To:** "ckatz@platzerlaw.com"
<CAESPxlkMDkxNzU2OWEtYTk1NS00YTJILTg3Yzk tNTIwMjIYIi5MDFhGqxtOIExNiE4OTk5ODAiCW1Ic3NIbmdidD6nID+byKs5PVi3BQVkV5wbC+gI76mcJNVqH/2ogYq=@reply2.squareup.com>

Your request for a transcript of the hearing referenced below has been received.

Please await further information.

Thank you,
Michelle Kuttler
E-Scribe

On Aug 30, 2024, at 10:24 AM, ckatz@platzerlaw.com <messenger@messaging.squareup.com> wrote:

# New Form Entry from ckatz@platzerlaw.com: Transcript Request: NY Eastern District Bankruptcy

Transcript Request: NY Eastern District Bankruptcy

First Name
Cliff

Last Name
Katz

Law Firm
Platzer Swergold Goldberg Katz & Jaslow, LLP

Address
475 Park Avenue South, New York, NY, USA

Phone Number
(212) 593-3000

Email
ckatz@platzerlaw.com

Courtroom Location
Central Islip

2

**Presiding Judge**
Judge Alan S. Trust

**Case Name**
In Re: Nosrat LLC

**Case Number**
23-70776

**Is this an Adversary Proceeding?**
No

**Hearing Date**
Tue 2024-08-06

**Turnaround Time (business days)**
14 days $5.70/page

**Delivery Method**
PDF by email only

Email

**Reply via Square**

Or reply directly to this email

3

Square
1955 Broadway, Suite 600
Oakland, CA 94612

**Privacy Policy**

**Manage Your Preferences**

**Michelle Kuttler**
E-Scribe
www.escribetranscripts.com
Email: escribe.transcripts@gmail.com
Office: 800-300-1012
Fax: 844-334-9282
Dictation: 866-286-2505

**Michelle Kuttler**
E-Scribe
www.escribetranscripts.com
Email: escribe.transcripts@gmail.com
Office: 800-300-1012
Fax: 844-334-9282
Dictation: 866-286-2505

4

5